AKA NEIL PARIS SUGARMAN
"SKY DOG"
c/o FED. REG. NO. 56705-097
P.O. BOX 5200
ADELANTO, CA. 92301

FILED
DEC 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
CASE REASSIGNED
APR 27 2006
ROBERTS, LR
RECEIVED
NOV 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

"SKY DOG", AKA
NEIL PARIS SUGARMAN
PLAINTIFF,

vs.

BUREAU OF PRISONS, ET AL.
DEFENDANTS

CASE NUMBER 1:05CV02392
JUDGE: Unassigned
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 12/14/2005

COMPLAINT UNDER THE
FREEDOM OF INFORMATION AND PRIVACY ACTS
5 USC §552 AND 5 USC §552(a)

COMES NOW, NEIL PARIS SUGARMAN ("SKY DOG"), PLAINTIFF, PRO SE, STATES THE FOLLOWING AS HIS CAUSE OF ACTION:

## JURISDICTIONAL STATEMENT

1. THIS CAUSE OF ACTION AROSE UNDER THE PROVISIONS OF THE FREEDOM OF INFORMATION AND PRIVACY ACT, 5 U.S.C. §552 AND 5 U.S.C. 552(a) AND THIS COURT HAS JURISDICTION AND VENUE IN THIS MATTER BY VIRTUE OF THE PROVISIONS OF 5 U.S.C. 552 (a)(4)(B).

2. THE PLAINTIFF WAS SENTENCED IN THE UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF CALIFORNIA AND PRESENTLY RESIDES IN ADELANTO, CA. 92301.

3. ON OR ABOUT 09/15/05, THE BUREAU OF PRISONS PREPARED TRANSFER PAPERS CONCERNING THE

1

Plaintiff (Lowe) was instigated by a request for transfer form submitted by Plaintiff Case Manager Sylvester, and was signed off by Unit Manager Bacon and USP Victorville Warden, Marrows "aka Elmer Fudd". Such document was prepared at USP Victorville, P.O. Box 5500, Adelanto, CA 92301 by Case Manager Sylvester on 9/16/05. (Exhibit A)

4. The Defendants are part of a Department of the Justice Department a Branch of the United States Government and thus through its constituent agencies, the Federal Bureau of Prisons (herein named as Defendant).

5. The Federal Bureau of Prisons is an agency within the meaning of the term "agency" as that term is used in the Freedom of Information and Privacy Act.

## COUNT I

1. The allegations contained in Paragraph 1 through 5 of the Jurisdictional Statement are incorporated herein.

2. The Federal Bureau of Prisons prepares and maintains a system of records pertaining to institutional transfers in Central Inmate File on offenders who are sentenced by the United States District Court which includes the Eastern District of California, Fresno Division.

3. On or about 10/20/05 the Plaintiff did make

A FORMAL WRITTEN REQUEST FOR ALL RECORDS OF PLAINTIFF CONCERNING A DISCIPLINARY TRANSFER FROM CISP VICTORVILLE TO RCI II VICTORVILLE WITHIN THE SYSTEM OF RECORDS MAINTAINED BY THE SAID BUREAU OF PRISONS. SUCH TRANSFER TOOK PLACE ON 9/15/05.

4.  THE FEDERAL BUREAU OF PRISONS DID FAIL, REFUSE AND NEGLECT TO COMPLY WITH THE PLAINTIFF'S REQUEST.

5.  ON OR ABOUT 11/05/05 THE PLAINTIFF ELECTED TO TREAT SUCH FAILURE OF THE FEDERAL BUREAU OF PRISONS TO RESPOND TO THE PLAINTIFF'S REQUEST AS A DENIAL OF HIS REQUEST AS A DENIAL OF HIS REQUEST, AND DID FILE AN APPEAL WITH THE ATTORNEY GENERAL OF THE UNITED STATES, DIRECTED TO THE ATTENTION OF THE OFFICE OF LEGAL POLICY, ALL IN COMPLIANCE WITH THE PROVISIONS OF 28 C.F.R. 16.7.

6.  ON OR ABOUT 11/08/05, THE ATTORNEY GENERAL OF THE UNITED STATES, ACTING THROUGH THE OFFICE OF LEGAL POLICY, ADVISED THE PLAINTIFF THAT THE PLAINTIFF COULD CONSIDER HIS ADMINISTRATIVE REMEDIES EXHAUSTED, AND COMMENCE A CIVIL ACTION AT HIS DISCRETION.

7.  THE PLAINTIFF BRINGS CIVIL ACTION FOR THE PURPOSE OF COMPELLING THE DEFENDANTS TO DISCLOSE TO THE PLAINTIFF HIS ENTIRE SECTION OF HIS CENTRAL FILE (INMATE) ON A DISCIPLINARY TRANSFER AS MAINTAINED WITHIN ITS SYSTEM OF RECORDS OF THE UNITED STATES BUREAU OF PRISONS WHICH WAS SPECIFIED IN PLAINTIFF'S FOIA REQUEST WHICH WAS RECEIVED BY THE BUREAU OF PRISONS ON 10/05/05

to gether with any records pertinent to said request.

WHEREFORE, the plaintiff prays an order of the court directing the defendants to disclose to plaintiff all of the plaintiff's central file section of transfers; and especially such disciplinary transfer that happened on 9/15/05; such records as maintained in its system of records of the Federal Bureau of Prisons that are respective to the plaintiff's request of 10/20/05, together with the costs of this action and an allowance for reasonable attorney's fees, and for such other and further relief as to the court shall seem just and proper in the premises.

Respectfully submitted,

Dated this 3rd day of November, 2005.

_____
"Sky Pog"
aka Nell Rardy Sugarman
#56735-097
FCI II Victorville