**FILED**

DEC 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff, pro se

## UNITED STATES DISTRICT COURT
*Central District of California*

| | |
|---|---|
| *Neil Paris Sugarman* "Sky Dog" ) <br> Plaintiff, ) <br> vs. ) <br> *Bureau of Prisons, et al.* ) <br> Defendant(s) ) | Civil Case No. **05 2392** <br><br> **MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |

COMES NOW, *Neil Paris Sugarman* the Plaintiff in the above entitled cause and moves the Court to enter its order granting leave to the Plaintiff to proceed <u>In Forma Pauperis</u> in the captioned cause.

In connection therewith, the Plaintiff attaches his affidavit of poverty, which is incorporated herein by reference as though fully set forth.

Dated: This _CO_ day of _November 2005_.

**RECEIVED**

NOV 29 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

By the Plaintiff,

_Neil Paris Sugarman_
_Sky Dog_
_#56705-097_

2

Plaintiff, pro se

## UNITED STATES DISTRICT COURT

"Sky Dog"
Neo Pan foGarman ) Civil Case No. _____
                Plaintiff, )
vs. ) **AFFIDAVIT OF POVERTY**
Bureau of Prisons, et.al. )
                Defendant(s) )

COMES NOW, Neo Pan foGarman, the Plaintiff in the above entitled cause, and states under his oath and under the pains and penalties of perjury the following:

1. The Plaintiff is a federal prisoner, incarcerated at the FCI II Victorville, P.O. Box 5700, Adelanto, CA. 92301

2. Plaintiff is unable to pay the costs for the above-entitled cause of action, or give security thereof.

3. Plaintiff seeks redress of his grievances against Bureau of Prisons employees for violation of his Constitutional Rights. This Court has jurisdiction of this matter by virtue of 28 USC 1331 and <u>Bivens</u> v. <u>Six Unknown Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). Venue is vested by virtue of the provisions of 28 USC1391 (b).

4. Plaintiff is filing his <u>Motion to Proceed In Forma Pauperis</u>, and in connection therewith he attaches this Affidavit of Poverty so that the Court will waive his costs because he has no funds and is unable to pay.

05 2392

FILED
DEC 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated: Nov 10, 2005

_____, Plaintiff, pro se
Neo Pan foGarman
"Sky Dog"
#56705-097

# ATTESTATION
## FOIA COMPLAINT

UNITED STATES DISTRICT COURT    )
UNITED STATES OF AMERICA    )    ss.
CENTRAL DISTRICT OF CALIF.    )

COMES NOW _NEIL SUGARMON_ Plaintiff, pro se, in the above entitled cause of action, and upon his oath does depose and state that the allegations contained in the foregoing complaint are true and correct according to his best knowledge, information, and belief, and that he does so state under the pains and penalties of perjury.

Dated: _11/10/2005_, year.

_____
Type your name
NEIL PARID SUGARMON
SKY 1003-4
#56205-097

**THIS MUST BE FILED WITH YOUR
FREEDOM OF INFORMATION ACT COMPLAINT**

90

Copyright © 2000 FreedomWorks - All rights reserved, including the right to reproduce this manual or any portion thereof in any form.