"SKYDOG"
AKA NEIL SUGARMAN
#56705-097
FCI II VICTORVILLE
P.O. BOX 5700
ADELANTO, CA. 92301

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

"SKYDOG",
AKA NEIL SUGARMAN,
PLAINTIFF,

v.

FEDERAL BUREAU OF PRISONS,
DEFENDANT.

) CIVIL ACTION NO.
) 05-2392 - UNA
) MOTION TO HOLD IN
) ABEYANCE FOR 30
) DAYS PETITIONERS
) COMPLIANCE WITH
) COURT ORDER OF 12-14-05

## MOTION TO HOLD IN ABEYANCE

COME NOW, "SKYDOG", PRO SE, HEREINAFTER THE PETITIONER, ASKS THIS HONORABLE COURT FOR A 30 DAY EXTENSION OF TIME TO COMPLY WITH THIS COURT'S ORDER OF DECEMBER 14, 2005, THAT DOES REQUIRE PETITIONER TO FILE "A CERTIFIED COPY OF HIS TRUST FUND ACCOUNT STATEMENT (OR INSTITUTIONAL EQUIVALENT), INCLUDING THE SUPPORTING LEDGER SHEETS, FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THIS COMPLAINT OBTAINED FROM APPROPRIATE OFFICIAL OF EACH PRISON AT WHICH PLAINTIFF IS

4

OR WAS CONFINED." 28 U.S.C. §1915.

PETITIONER HAS BEEN IN THE SHU (SPECIAL HOUSING UNIT) SINCE JANUARY 10, 2006. SEE EXHIBIT "A". ALSO, PETITIONER WAS IN SUCH SHU FROM OCTOBER 18 TO DECEMBER 22, 2005 AND FROM DECEMBER 30, 2005 TO JANUARY 2, 2006. PETITIONER DOES NOT HAVE REGULAR ACCESS TO (HIS) UNIT COUNSELOR OF WHICH SUCH COPY OF (HIS) TRUST FUND ACCOUNT WOULD COME FROM. PETITIONER DID MAKE A REQUEST TO SUCH UNIT COUNSELOR (A. WILLIAMS) FOR SUCH SIX-MONTH PRINTOUT OF (HIS) TRUST FUND ACCOUNT AND IS WAITING FOR SUCH COPY TO BE PROVIDED.

THEREFORE, PETITIONER DOES NEED A 30 DAY EXTENSION OF TIME TO COMPLY WITH THIS COURT'S ORDER OF DECEMBER 14, 2005, IN THE ABOVE CAPTIONED "INSTANT" CASE. SO, PETITIONER PRAYS THAT THIS HONORABLE COURT GRANT SUCH A REQUEST.

RESPECTFULLY SUBMITTED,

DATED THIS 24TH DAY OF JANUARY 2006.

"SKY DOG"
AKA NEIL SUGARMAN
#56705-097
FCI II VICTORVILLE

BP-S308.052
MAY 94
U.S. DEPARTMENT OF JUSTICE

Case 1:05-cr-02292-RHW Document 4 Filed 01/26/2006    Page 3 of 3

ADMINISTRATIVE DETENTION ORDER    EXHIBIT "A"

FEDERAL BUREAU OF PRISONS

Federal Correctional Institution II Victorville, California
Institution

Date/Time: Jan 10, 2006 / 6:30 p.m.
F 1/2

TO: Special Housing Unit Officer

FROM: J. Ardiente, Lieutenant, (Name/Title)

SUBJECT: Placement of SUGARMAN, Neil, Reg. No. 21097-091, in Administrative Detention

_____ (a) Is pending a hearing for a violation of Bureau regulations;
XXX (b) Is pending investigation of a violation of Bureau regulations; **Code 203/Threatening any another with bodily harm.(Staff)**
_____ (c) Is pending investigation or trial for a criminal act;
_____ (d) Is to be admitted to Administrative Detention

_____ (1) Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature:_____

_____ (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded to the UDC/DHO for appropriate hearing.

_____ (e) Is pending transfer or is in holdover status during transfer.
_____ (f) Is pending classification; or (re-classification)
_____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*

Threatening staff which disrupts the orderly running of the institution and hampers staff's ability to control their area of responsibility and creates an unsafe environment for both staff and inmates.

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on (date/time) 01-10-2006 / 6:30 p.m.

Staff Witness Signature/Printed Name  G.A. Walker Lt. / _____ Date 01-10-2006

*In the case of DHO action, reference to that order is sufficient. In other cases, the officer will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy - Central File

(This form may be replicated via WP)                    Replaces BP-308(52) of JAN 88

**HEALTH SERVICES NOTIFICATION: Physician's Asst. Pagaduan    Time: 6:30 PM**