UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NEIL PARIS SUGARMAN,          )
                              )
        Plaintiff,            )
                              )
v.                            )   Civil Action No. 05-2392
                              )
FEDERAL BUREAU OF PRISONS,    )
                              )
        Defendant.            )
_____)

## ORDER

The Court provisionally filed the above-captioned action on December 14, 2005. In accordance with 28 U.S.C. § 1915, Plaintiff was ordered to provide the Court with a certified copy of his prison trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which he is or was confined during those six months.

Plaintiff alleges that he is experiencing difficulty in obtaining the necessary information. The Court finds good cause to grant plaintiff additional time to obtain his trust fund account statement.

Accordingly, it is by the Court this 8 day of February, 2006,

**ORDERED** that within thirty (30) days of this Order, unless an extension of time is granted, Plaintiff shall provide the above-requested information. Failure to comply with this Order will result in dismissal of this action

_____
United States District Judge

1