"Skydog"
aka Neil Paris Sugarman
Fed. Reg. No. 56925-097
FCI II (Medium) Victorville
P.O. Box 5700
Adelanto, CA 92301

Pro Se Litigant

# United States District Court
## For the District of Columbia

| | |
|---|---|
| Neil Paris Sugarman,<br>Plaintiff, | Civil Action # 05-2392 RWR<br><br>Motion to Dismiss |
| v. | |
| Federal Bureau of Prisons,<br>Defendant. | |

## Motion to Dismiss

Comes now Plaintiff Neil Paris Sugarman, Pro Se, ask that Honorable Court to dismiss the above captioned suit without prejudice because of Plaintiff inability to afford the court cost of litigating and not be-

cause plaintiff's suit lacks any merit. That if plaintiff can afford not to at a later date, he will certainly refile as such.

Respectfully submitted.

Dated this 30 day of April 2006.

"SKYOOR"
AKA NEIL BRITTOGAN
#56725-027
FCI II (MEDIUM) VICTORVILLE

April 30, 2006

Clerk's Office
U.S. District Court
for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

I received your order, so that I can proceed in forma pauperis in Civil Action # 05-2392 (RWR). Since I above filed not Civil Action # 05-2392, I have filed another Civil Action No. 06-0208. I can not attend to pursue both actions. So, to that end, I am filing with this letter a motion to dismiss with prejudice in Civil Action No. 05-2392, so I could refile it if I have the money in the future. And it is not that the Freedom of Information suit in Civil Action No. 05-2392 lacks merit. It is just that Civil Action No. 06-0208 is more important because it involves medical tort claims.

Sincerely yours,

Neil Boris Ackerman
#56735-027