```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____  )
                                     )
**NEIL PARIS SUGARMAN**,              )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )   Civil Action No. 05-2392 (RWR)
                                     )
**FEDERAL BUREAU OF PRISONS**,        )
                                     )
        Defendant.                   )
_____  )

### ORDER

Plaintiff, proceeding *pro se,* has filed a motion to dismiss the case without prejudice. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that plaintiff's motion to dismiss [9] is GRANTED.

This case is dismissed without prejudice.

SIGNED this 1st day of June, 2006.


                           _____/s/_____
                           RICHARD W. ROBERTS
                           United States District Judge