UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEIL PARIS SUGARMAN,        )
                            )
        Plaintiff,           )
                            )
     v.                     )   Civil Action No. 05-2392 RBW
                            )
FEDERAL BUREAU OF PRISONS,  )
                            )
        Defendant.           )
_____)

## SECOND MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant the Federal Bureau of Prisons moves for a further one week extension of time, to June 19, 2006, to answer or otherwise respond to the complaint in this case. Because of the difficulties involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not attempted to contact plaintiff to determine his position on this motion.[1]

This is a Freedom of Information Act ("FOIA") and Privacy Act case. The complaint is handwritten and is very difficult to follow. It appears, however, that the plaintiff, who styles

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require "counsel" to discuss nondispositive motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). This rule excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that rule requires "[c]ounsel (including any nonprisoner pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a).

himself as "Sky Dog" AKA Neil Paris Sugarman, claims to have filed a FOIA request with the Bureau of Prisons on October 20, 2005, and claims to have been authorized by the Department of Justice's Office of Legal Policy (sic) on November 8, 2005, to file a civil action if he so desired.  Defendant, the Bureau of Prisons has encountered difficulties in responding to the complaint due to the large number of administrative remedies that plaintiff has filed, which is making it difficult to determine whether he has exhausted his administrative remedies in connection with the alleged Freedom of Information Act request.  The additional time is needed to clarify the situation.

Attached is a draft order reflecting the requested extension of time.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN, DC Bar # 451058
                              United States Attorney

                              RUDOLPH CONTRERAS, DC Bar # 434122
                              Assistant United States Attorney
                                      /s/
                              FRED E. HAYNES, DC Bar #165654
                              Assistant United States Attorney

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

NEIL PARIS SUGARMAN,          )
                              )
          Plaintiff,          )
                              )
     v.                       )   Civil Action No. 05-2392 RBW
                              )
FEDERAL BUREAU OF PRISONS,    )
                              )
          Defendant.          )
_____)
```

ORDER

UPON CONSIDERATION of the motion by defendant for a further extension of time to file an answer or other response to the complaint, and the entire record in this case, it is this ___ day of _____, 2006,

ORDERED that the time for defendant to answer or otherwise respond to the complaint is extended to June 19, 2006.

                              UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and counsel for defendant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Second Motion For Extension Of Time To Answer will be served by first class mail, postage prepaid, on June 13, 2006, on:

>Neil Paris Sugarman
>Reg. No. 56725-097
>Victorville Federal
>Correctional Institution II
>P.O. Box 5700
>Adelanto, CA 92301

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201